**90-1221.** Bilder v. Akron. *Summit County,* No. 14405. ▮ On second motion for rehearing. Rehearing denied.

**90-1222.** Bilder v. Barberton. *Summit County,* No. 14488. ▮ On second motion for rehearing. Rehearing denied.

**90-1568.** Akron v. Bilder. *Summit County,* No. 14309. ▮ On second motion for rehearing. Rehearing denied.

**90-2002.** State v. McMeans. *Franklin County,* No. 89AP-1037. ▮ On motion for rehearing. Rehearing denied.

**90-2146.** State v. Parzynski. *Erie County,* No. E-89-29. ▮ On motion for rehearing. Rehearing denied.

**90-2359.** State v. Tolbert. *Hamilton County,* No. C-890040. ▮ On motion for rehearing. Rehearing granted; *sua sponte,* motion for leave to appeal allowed.

Sweeney, Holmes and Resnick, JJ., dissent.

**90-2430.** Frierson v. Rent-A-Center of America, Inc. *Cuyahoga County,* No. 57540. ▮ On motion for rehearing. Rehearing denied.

Douglas, H. Brown and Resnick, JJ., dissent.

**90-2460.** Duncan v. Sukel. *Cuyahoga County,* No. 59539. ▮ On motion for rehearing. Rehearing denied.

**90-2557.** Kaufman v. Kaufman. *Marion County,* No. 9-88-28. ▮ On motion for rehearing. Rehearing denied.

**91-20.** Brown v. Hyatt-Allen American Legion Post No. 538. *Lucas County,* No. L-89-336. ▮ On motion for rehearing. Rehearing denied.

Sweeney and Douglas, JJ., dissent.

Resnick, J., not participating.

**91-207.** State, ex rel. Blassengale, v. Court of Claims. In Mandamus. ▮ On motion for rehearing. Rehearing denied.

**91-326.** State v. Lewis. *Lawrence County,* Nos. 1920, 1924 and 1943. ▮

▮ On motion for rehearing. Rehearing denied.

**91-369.** Mentor Lumber & Supply Co. v. Victor. *Lake County,* No. 89-L-14-103. ▮ On motion for rehearing. Rehearing denied.

H. Brown, J., dissents.

## DISCIPLINARY DOCKET

**90-828.** Cleveland Bar Assn. v. Kaigler. On request to make periodic payments of board costs. Monthly payment schedule set; interest to be charged.

Douglas, J., would not charge interest.

**90-2316.** In re Sandler. On response to show cause order and request for instructions. Show cause order dismissed. The investigation by the Special Investigator is ordered to proceed.

Douglas, J., would not order the investigation by the Special Investigator to proceed.

Thursday, April 25, 1991

## MOTION DOCKET

**90-2282.** State v. Cummings. *Cuyahoga County,* No. 57558. This cause came on for further consideration upon appellant's motion for stay. Upon consideration thereof, IT IS ORDERED by the court that said motion be, and the same is hereby, denied, effective April 24, 1991.

Sweeney, J., dissents.